

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00471-CV

**IN THE INTEREST OF J.M.H.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02505
Honorable Peter A. Sakai, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs shall be assessed against appellant Father as he is indigent.

SIGNED November 26, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] The Honorable Janet Littlejohn is the presiding judge of the 150th Judicial District Court, Bexar County, Texas. However, the termination order in this matter was signed by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.